UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. JENKINS,<br><br>    Plaintiff,<br><br>v.<br><br>AFNI, INC.; DIVERSIFIED CONSULTANTS, INC.; EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. 1:12-cv-10622-WGY<br><br>**Electronically Filed** |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S LOCAL RULE 16.1 CERTIFICATION

The undersigned certify that, pursuant to Local Rule 16.1(d)(3), the authorized representative of Experian Information Solutions, Inc. conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of this litigation, and have considered the resolution of the litigation through the use of Alternative Dispute Resolution programs such as those outlined in Local Rule 16.4.

Dated: _August 29_, 2012

By: /s/ _Abril Turner_
Abril Turner, Esq.
Experian Information Solutions, Inc.
475 Anton Blvd.
Costa Mesa, California 92626

By: /s/ _Maureen P. McAneny_
Maureen P. McAneny
(Admitted *pro hac vice*)
Jones Day
1420 Peachtree Street, N.E.
Atlanta, GA 30309
Ph: (404) 581-8327
Fax: (404) 581-8330
mmcaneny@jonesday.com

By: /s/ Robert S. White
Robert S. White (BBO#552229)
BourgeoisWhite, LLP
One West Boylston Street, Ste. 307
Worcester, MA 01605
Ph: (508) 753-7038
Fax: (508) 756-1613
rsw@bourgeoiswhite.com

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2012, I caused a copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record:

| | |
|---|---|
| John J. O'Connor | Katherine S. Kayatta |
| joconnor@peabodyarnold.com | kkayatta@rc.com |
| PEABODY & ARNOLD LLP | Kendra L. Berardi |
| Federal Reserve Plaza | kberardi@rc.com |
| 600 Atlantic Avenue | ROBINSON & COLE |
| Boston, MA 02210-2261 | One Boston Place |
| Tel.: (617) 951-2100 | Boston, MA 02108-4404 |
| *Attorneys for Defendant AFNI, Inc. and* | Tel: (617) 557-5931 |
| *Defendant Diversified Consultants, Inc.* | *Attorneys for Defendant Equifax Information Services LLC* |

I further certify that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the ___ day of _____, 2012, properly addressed as follows:

Ms. Dawn May Jenkins
c/o 33 Eastern Avenue, Unit 2
Lynn, MA 01902
*Plaintiff*

/s/ *Maureen P. McAneny*
Maureen P. McAneny
*Admitted Pro Hac Vice*