UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. JENKINS<br><br>                    Plaintiff<br><br>v.<br><br>AFNI, INC., DIVERSIFIED<br>CONSULTANTS, INC., EQUIFAX<br>INFORMATION SERVICE, LLC<br>and EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br>                    Defendants | Civil Action No. 12-CV-10622-WGY |

## CERTIFICATION REGARDING LITIGATION COSTS
## AND ALTERNATIVE DISPUTE RESOLUTION

The defendant Afni, Inc. and its counsel hereby certify and attest that they have

conferred:  (a) with a view toward establishing a budget for the costs of conducting the full

course and various alternative courses of the litigation; and (b) to consider the resolution of the

litigation through the use of alternative dispute resolution programs.


AFNI, INC.                                   By its Attorney,
By:


 /s/ Alicia Williams                          /s/ John J. O'Connor
Alicia Williams, Compliance Manager          John J. O'Connor
AFNI, Inc.                                   BBO # 555251
1310 Martin Luther King Jr. Drive            PEABODY & ARNOLD LLP
Bloomington, IL  61701                       600 Atlantic Avenue
                                             Boston, MA  02210-2261
                                             617-951-2100
                                             joconnor@peabodyarnold.com


Dated:  September 5, 2012

3

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the 5th day of September, 2012, I served a copy of the attached via ECF on all counsel of record.

/s/ John J. O'Connor
John J. O'Connor

PABOS2:JOCONNO:773443_1
15876-96505