**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Dawn May Jenkins
_____
               Plaintiff(s)

                 CIVIL ACTION

     V.

AFNI, Inc. et al                NO. 12cv10622-WGY
_____
               Defendant(s)

**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ADR Program -10/2012_____ for the following ADR program:

_____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION

____X___ MEDIATION                 _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL         _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

September 14, 2012                                      /s/ William G. Young
_____                      _____
     DATE                                            UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |