# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. JENKINS, | |
| **Plaintiff,** | |
| v. | **Case No. 1:12-cv-10622-WGY** |
| AFNI, INC.; DIVERSIFIED CONSULTANTS, INC.; EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., | **Electronically Filed** |
| **Defendant.** | |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Notice is hereby given that on the date entered below Defendant Experian Information Solutions, Inc. ("Experian"), served its Initial Disclosures pursuant to Fed. R. Civ. Proc. 26(a) to counsel of record and Plaintiff via United States mail.

Dated: September 17, 2012

Respectfully submitted,

Experian Information Solutions, Inc.,

By its attorneys,

*/s/ Maureen P. McAneny*
Maureen P. McAneny (admitted *Pro Hac Vice*)
mmcaneny@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 581-8327
Fax: (404) 581-8330

*and*

Robert S. White (BBO #552229)

rsw@bourgeoiswhite.com
BourgeoisWhite, LLP
One West Boylston Street, Suite 307
Worcester, MA 01605
Tel: (508) 753-7038
Fax: (508) 756-1613

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2012, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record:

John J. O'Connor
joconnor@peabodyarnold.com
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Tel.: (617) 951-2100
*Attorneys for Defendant AFNI, Inc. and Defendant Diversified Consultants, Inc.*

Katherine S. Kayatta
kkayatta@rc.com
Kendra L. Berardi
kberardi@rc.com
ROBINSON & COLE
One Boston Place
Boston, MA 02108-4404
Tel: (617) 557-5931

and

Brian J. Olson (admitted *Pro Hac Vice*)
bjolson@kslaw.com
KING & SPALDING LLP
1180 Peachtree St. N.E.
Atlanta, Georgia 30309
T: 404-215-5806/ F: 404-572-5100

*Attorneys for Defendant Equifax Information Services LLC*

I further certify that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 17th day of September, 2012, properly addressed as follows:

Ms. Dawn May Jenkins
c/o 33 Eastern Avenue, Unit 2
Lynn, MA 01902
*Plaintiff*

/s/ Maureen P. McAneny
Maureen P. McAneny
*Admitted Pro Hac Vice*