IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dawn M. Jenkins<br>   Plaintiff<br><br>v.<br><br>AFNI, INC.; DIVERSIFIED<br>CONSULTANTS, INC.; EQUIFAX<br>INFORMATION SERVICES, LLC<br>and EXPERIAN INFORMATION<br>SOLUTIONS, INC,<br>   Defendants | )<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No. 12-10622-WGY<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS MEDIATION

Plaintiff Dawn M Jenkins, moves this honorable court to continue the mediation of her case scheduled for November 5, 2012 to a date on or after January 21, 2013.  As reasons, the Plaintiff states as follows;

1. Plaintiff recently met with Attorney Mark E. Banford to discuss Plaintiff's case.  Attorney Banford agreed to represent Plaintiff but on the condition that the mediation be scheduled to a future date. (See attached)

2. Plaintiff believes mediation will be more productive with benefit of Attorney Banford's counsel and preparation.

3. Plaintiff believes that her case is not ripe for mediation.

Wherefore, Plaintiff requests motion be granted and for any further relief that the court deems just and proper.

Respectfully submitted,

*Dawn May Jenkins, Pro Se*

Dawn May Jenkins
c/o 33 Eastern Avenue, Unit 2
Lynn, Massachusetts 01902
978-332-3798
Smiley349@comcast.net

## **CERTIFICATE OF SERVICE**

This is to certify that on October 16, 2012, I sent a true and correct copy of the attached **MOTION TO DISMISS MEDIATION** by depositing same in the United States mail and as well via email to the following:

Maureen P. McAneny (admitted *Pro Hac Vice*)
JONES DAY
1420 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 581-8327
Fax: (404) 581-8330
mmcaneny@jonesday.com

*and*

Robert S. White (BBO #552229)
Bourgeois White, LLP
One West Boylston Street, Suite 307
Worcester, MA 01605
Tel: (508) 753-7038
Fax: (508) 756-1613
rsw@bourgeoiswhite.com

Defendants Counsel of Record
Experian Information Solutions, Inc.


John J. O'Connor, (BBO #555251)
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
T: 617- 951-2100 / F: 617- 951-2125
joconnor@peabodyarnold.com

Defendants Counsel of Record
Afni, Inc.
Diversified Consultants, Inc.

Katherine S. Kayatta, BBO#675487
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, MA 02108-4404

T: 617-557-5900 / F: 617-557-5999
kkayatta@rc.com

Kendra L. Berardi, BBO#672626
kberardi@rc.com

*and*

Brian J. Olson
KING & SPALDING LLP
1180 Peachtree St. N.E.
Atlanta, Georgia 30309
T: 404-215-5806/ F: 404-572-5100
bjolson@kslaw.com

<u>Defendants Counsel of Record</u>
Equifax Information Services LLC

                                        Respectfully submitted,

                                        */s/ Dawn May Jenkins, Pro Se*
                                        Plaintiff, Dawn May Jenkins
                                        c/o 33 Eastern Avenue, Unit 2
                                        Lynn, Massachusetts 01902
                                        978-332-3798
                                        Smiley349@comcast.net