**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DAWN M. JENKINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:12-cv-10622-WGY |
| **AFNI, INC.; DIVERSIFIED** | ) |
| **CONSULTANTS, INC.;** | ) Electronically Filed |
| **EQUIFAX INFORMATION** | ) |
| **SERVICES, LLC, and EXPERIAN** | ) |
| **INFORMATION SOLUTIONS, INC.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### MOTION FOR STIPULATED PROTECTIVE ORDER

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian") and files this Motion for Stipulated Protective Order, and shows the Court as follows:

I.

In this suit, Plaintiff has alleged that Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* The nature of this action necessarily involves trade secrets and other confidential information of Defendants and personal and confidential information regarding Plaintiff.

II.

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Parties agree that good cause has been shown to protect certain documents and information which have been and may be sought, produced or exhibited by and among the parties to this action relating to trade secrets, confidential research, development, technology or other proprietary information belonging to the Defendants and/or personal income, credit and other confidential information of Plaintiff.

III.

The Parties have negotiated the terms of a mutually acceptable Stipulated Protective Order, which is being submitted to the Court as the proposed order on this motion.

WHEREFORE, PREMISES CONSIDERED, Experian respectfully requests that the Court enter the Stipulated Protective Order.

Respectfully submitted,
this 1st day of March, 2013,


*/s/ Maureen P. McAneny*
Maureen P. McAneny (admitted *pro hac vice*)
Jones Day
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-8327
Facsimile: (404) 581-8327
mmcaneny@jonesday.com

Robert S. White (BBO #552229)
BourgeoisWhite, LLP
One West Boylston Street, Suite 307
Worcester, MA 01605
Tel: (508) 753-7038
Fax: (508) 756-1613
rsw@bourgeoiswhite.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2013, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record:

John J. O'Connor
joconnor@peabodyarnold.com
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
Tel.: (617) 951-2100

*Attorneys for Defendant AFNI, Inc. and Defendant Diversified Consultants, Inc.*

Jason Curtin (BBO #682120)
jcurtin@rc.com
ROBINSON & COLE
One Boston Place, 25th Floor
Boston, MA 02108-4404
Tel: (617) 557-5900
Fax: (617) 557-5999

and

Brian J. Olson (admitted *Pro Hac Vice*)
bjolson@kslaw.com
KING & SPALDING LLP
1180 Peachtree St. N.E.
Atlanta, Georgia 30309
T: 404-215-5806/ F: 404-572-5100

*Attorneys for Defendant Equifax Information Services LLC*

I further certify that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the 1st day of March, 2013, properly addressed as follows:

Ms. Dawn May Jenkins
c/o 33 Eastern Avenue, Unit 2
Lynn, MA 01902
*Plaintiff*

/s/ Maureen P. McAneny
Maureen P. McAneny (Admitted *Pro Hac Vice*)
*Attorney for Defendant Experian Information Solutions*

3