IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2013 MAR 29 P 1:25

| | | |
|---|---|---|
| Dawn M. Jenkins<br>Plaintiff<br><br>v.<br><br>AFNI, INC.; DIVERSIFIED CONSULTANTS, INC.; EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC,<br>Defendants | ) | Civil Action<br>No. 12-10622-WGY |

**MOTION FOR CLARIFICATION OF THIS COURT'S ORDER (DOCKET # 72)**

Plaintiff, Dawn May Jenkins, moves for the entry of an order clarifying this Court's order [Docket # 72], and states:

1. Plaintiff seeks clarification of the Court's order regarding the Plaintiff's Motion [Dkt # 66], and her Declaration and Exhibits [Dkt # 67] it had received from the Plaintiff and the Opposition to Plaintiff's Motion , Exhibit and Declaration [Dkt # 71] of Brian Olson (Equifax's counsel).

2. On March 13, 2013, this Court issued an Order stating, "Motion denied. Equifax shall respond to the requests for admission within 10 days of the date of this order," re [66] Motion to Deem Facts Admitted As Against Equifax Information Services, LLC For Failure to Comply With FRCP 36 (Paine, Matthew)

3. As the Court's order is not specific as to its findings and conclusions Plaintiff respectfully requests clarification on which it's decision was based.

WHEREFORE,

Plaintiff respectfully requests that this Court enter an order clarifying its previous Order [Dkt. #72], with specificity.

Local Rule 7.1 Certification

In accordance with Local Rule 7.1, I, Dawn May Jenkins, hereby attest and certify under oath that on March 19th, 20th and 25th 2013, I emailed Brian J. Olson (Equifax's counsel) to confer on this motion. Defendants' counsel, Brian J. Olson failed to contact me by telephone or email to indicate his opposition.

Dated: March 26, 2013

Respectfully submitted,

Dawn May Jenkins, Pro Se

Dawn May Jenkins
c/o 33 Eastern Avenue, Unit 2
Lynn, MA 01902
978-332-3798

**CERTIFICATE OF SERVICE**

This is to certify that on March 26, 2013, I sent a true and correct copy of the attached **MOTION FOR CLARIFICATION OF THIS COURT'S ORDER (DOCKET # 72)** by depositing same in the United States mail to the following:

Jason Curtin
ROBINSON & COLE
One Boston Place
Boston, MA 02108-4404
jcurtin@rc.com
T: 617-557-5900/ F: 617-557-5999

*and*

Brian J. Olson
KING & SPALDING LLP
1180 Peachtree St. N.E.
Atlanta, Georgia 30309
T: 404-215-5806/ F: 404-572-5100
bjolson@kslaw.com

Defendants Counsel of Record
Equifax Information Services LLC

Respectfully submitted,

Dawn May Jenkins