UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DAWN M. JENKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:12-CV-10622-WGY |
| | ) | |
| **AFNI, INC.; DIVERSIFIED CONSULTANTS, INC.; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**JOINT MOTION FOR SUMMARY JUDGMENT OF
DEFENDANTS EQUIFAX INFORMATION SERVICES LLC
AND EXPERIAN INFORMATION SOLUTIONS, INC.**

Defendants Equifax Information Services LLC ("Equifax") and Experian Information Solutions, Inc. ("Experian") submit this Joint Motion for Summary Judgment seeking dismissal of all of Plaintiff's claims against them. The motion is focused on a single dispositive fact – the accuracy of information regarding a Sprint Nextel collection account that Equifax and Experian included in Plaintiff's credit file. That issue is dispositive of each of Plaintiff's claims against Equifax and Experian.

Equifax's and Experian's Joint Motion for Summary Judgment is supported by the accompanying Memorandum of Law, Statement of Undisputed Material facts, and evidence supporting that statement. For the reasons discussed in the memorandum, Equifax's and Experian's Joint Motion for Summary Judgment should be granted.

Dated:  April 24, 2013    Respectfully submitted,

**EQUIFAX INFORMATION SERVICES LLC**
by its attorneys,

/s/ Jason B. Curtin
Jason B. Curtin (BBO #682120)
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, MA  02108-4404
T: 617-557-5900 / F: 617-557-5999
jcurtin@rc.com

Brian J. Olson
KING & SPALDING LLP
1180 Peachtree St. N.E.
Atlanta, Georgia 30309
T: 404-215-5806/ F: 404-572-5100
bjolson@kslaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**EXPERIAN INFORMATION SOLUTIONS, INC.**
by its attorneys,

/s/ Maureen P. McAneny
Maureen P. McAneny (admitted *pro hac vice*)
Jones Day
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309
Tel: (404) 581-8327
Fax: (404) 581-8330
mmcaneny@jonesday.com

/s/ Robert S. White
Robert S. White (BBO #552229)
BourgeoisWhite, LLP
One West Boylston Street, Suite 307
Worcester, MA 01605
Tel: (508) 753-7038
Fax: (508) 756-1613
rsw@bourgeoiswhite.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I, Jason B. Curtin, certify that this document filed through the ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies were sent to those indicated as non-registered participants.

| | |
|---|---|
| **Mark E. Bamford** <br> Boston University Civil Litigation Program <br> 197 Friend Street, 2nd Flr. <br> Boston, MA 02114 <br> *Attorney for Plaintiff* | **Maureen P. McAneny** <br> Jones Day <br> 1420 Peachtree Street, N.E., Suite 800 <br> Atlanta, GA 30309 <br> *Attorney for Experian Information Solutions, Inc.* |
| **John J. O'Connor** <br> Peabody & Arnold LLP <br> Federal Reserve Plaza <br> 600 Atlantic Avenue <br> Boston, MA 02210-2261 <br> *Attorney for Defendant Afni, Inc. and Diversified Consultants, Inc.* | **Robert S. White** <br> BourgeoisWhite, LLP <br> One West Boylston Street <br> Worcester, MA 01605 <br> *Attorney for Experian Information Solutions, Inc.* |

**Dawn May Jenkins**
33 Eastern Avenue
Unit 2
Lynn, MA 01902


Dated:  April 24, 2013.

                                            /s/ Jason B. Curtin
                                            Jason B. Curtin