# EXHIBIT A

```
Category        INQUIRY   265 M Collectors  S5 3Q GW  Case Number REDACTED 0200 - REDACTED
Guarantor       JENKINS           DAWN              0   Home Phone   _ 781 321 7069
Extra Address   STERN AVE UNIT 2       RM              . Work Phone  _ 781 710 5527 x
Street Address  33 EASTERN AVE                          PE B M T A
City/State/Zip  LYNN                    MA 019021343   DC AS FN VA 17 __ __ __ __ __
Client 963010   SPRINT                                                __ __ __ __ __
Cl.Acct#/L.Trn REDACTED 1428                 9/27/05                  __ __ __
Amount Placed        310.63 on 11/07/06
Balance              310.63   --INACTIVE ACCOUNT--
Close Code      7 CANCEL PER CLIENT        1/11/12
Other Info.                                              +OTH
Total Balance          .00 from    0  PIF   0
--------------------------------*ACCOUNT SUMMARY*-------------------------------
   Placed   Client Name    Col-tors  Case#    Balance$  Lst.Pmt.   Status
1 11/07/06  SPRINT          S5 3Q REDACTED 0200  310.63              CR1
2
3
4
5
6
7
8
Select a line _       Change Primary to _  Move Notes (Y) _  Page  1 of  1
F1/F13-First/Last F2/F14-Ord F6-Lk+ F9-Link F15-Sum F17-Prt F21-Pri F24-Alt,Fmt
```

PA 13