IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2013 MAY -6  P 2: 28

Dawn M. Jenkins
   Plaintiff

v.

AFNI, INC.; DIVERSIFIED CONSULTANTS, INC.; EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC,
   Defendants

Civil Action
No. 12-10622-WGY

## ASSENTED-TO MOTION FOR EXTENSION OF DEADLINE FOR PLAINTIFF TO FILE HER RESPONSE

Plaintiff Dawn M. Jenkins, hereby moves for a seven (7) day extension of the Court's current deadline for additional time to file a Response to Defendants Equifax's and Experian's JOINT MOTION FOR SUMMARY JUDGMENT. Plaintiff has conferred with the Defendants and they have assented to a seven (7) day extension, which would make Plaintiff's Response due on May 22, 2013. As good cause for this Motion, Plaintiff states that she requires additional time to adequately prepare a Response to the Defendants Joint Motion for Summary Judgment for the following reasons;

1. This is the first time that Plaintiff has made this request of the court.

2. The complexity of the issues involved in the matter, combined with the numerous citations relied on by the Moving Defendants in its Joint Motion, requires extensive review and research.

3. Discovery is ongoing and Plaintiff is currently occupied reviewing and preparing additional discovery in order to meet the discovery deadline of June 18, 2013.

4. This is Plaintiff's first response to a MOTION FOR SUMMARY JUDGEMENT.

5. A modest 7 day extension will provide sufficient time for Plaintiff to prepare.

WHEREFORE, Plaintiff respectfully requests that this Motion be granted.

### Rule 7.1(A)(2) Certificate

Pursuant to Local Rule 7.1(A)(2), undersigned counsel states that counsel for Equifax Information Services LLC has conferred with plaintiff on July 30, 2012 and that the plaintiff has assented to this motion.

Dated May 3, 2013

Respectfully submitted,

*Dawn May Jenkins, Pro Se*
Dawn May Jenkins
c/o 33 Eastern Avenue, Unit 2
Lynn, Massachusetts 01902
978-332-3798

## CERTIFICATE OF SERVICE

This is to certify that on May 3, 2013, I sent a true and correct copy of the attached

**ASSENTED-TO MOTION FOR EXTENSION OF DEADLINE FOR PLAINTIFF TO**

**FILE HER RESPONSE** by depositing same in the United States mail to the following:

Jason Curtin
ROBINSON & COLE
One Boston Place
Boston, MA 02108-4404
jcurtin@rc.com
T: 617-557-5900/ F: 617-557-5999

Brian J. Olson
KING & SPALDING LLP
1180 Peachtree St. N.E.
Atlanta, Georgia 30309
T: 404-215-5806/ F: 404-572-5100
bjolson@kslaw.com

Defendants Counsel of Record
Equifax Information Services LLC

Maureen P. McAneny (admitted *Pro Hac Vice*)
JONES DAY
1420 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 581-8327
Fax: (404) 581-8330
mmcaneny@jonesday.com

Robert S. White (BBO #552229)
Bourgeois White, LLP
One West Boylston Street, Suite 307
Worcester, MA 01605
Tel: (508) 753-7038
Fax: (508) 756-1613
rsw@bourgeoiswhite.com

Defendants Counsel of Record
Experian Information Solutions, Inc.

Respectfully submitted,

*[signature]*

Plaintiff, Dawn May Jenkins