UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. JENKINS,<br><br>                    Plaintiff,<br><br>v.<br><br>AFNI, INC.; DIVERSIFIED CONSULTANTS, INC.; EQUIFAX INFORMATION SERVICES, LLC, AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendant. | CIVIL ACTION NO. 1:12-cv-10622-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO AFNI, INC.

The parties hereby stipulate to the dismissal of all claims as against the Defendant Afni, Inc. with prejudice, without costs, and with all rights of appeal waived.

Plaintiff,

/s/ Dawn Jenkins (JOC)
Dawn M. Jenkins
33 Eastern Avenue, Unit 2
Lynn, MA  01902

AFNI, INC. and
DIVERSIFIED CONSULTANTS, INC.,
By their attorneys,

/s/ John O'Connor
John J. O'Connor
BBO # 555251
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA  02210-2261
Tel. (617) 951-2100

| EQUIFAX INFORMATION SERVICES, LLC<br>By its attorneys | EXPERIAN INFORMATION SERVICES, LLC<br>By its attorneys |
|---|---|
| */s/ Brian J. Olson (JOC)*<br>Brian J. Olson, Esq.<br>King & Spalding LLP<br>1180 Peachtree St. N.E.<br>Atlanta, GA  30309 | */s/ Maureen P. McAneny (JOC)*<br>Maureen P. McAneny, Esq.<br>Jones Day<br>1420 Peachtree Street, N.E.<br>Atlanta, GA  30309 |
| AND | AND |
| Jason B. Curtin, Esq.<br>Robinson & Cole<br>One Boston Place<br>Boston, MA  02108 | Robert S. White, Esq.<br>Bourgeois White LLP<br>One West Boylston Street, Suite 307<br>Worcester, MA  01605 |

## CERTIFICATE OF SERVICE

I, John J. O'Connor, hereby certify that on the 13th day of August, 2013, I served the attached by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and to be served by First Class Mail Postage Prepaid to the following counsel of record:

| | | |
|---|---|---|
| Dawn May Jenkins<br>33 Eastern Avenue, Unit 2<br>Lynn, MA 01902 | Jason B. Curtin, Esq.<br>Robinson & Cole LLP<br>One Boston Place, 25th Floor<br>Boston, MA 02108-4404 | Brian J. Olson, Esq.<br>King & Spalding LLP<br>1180 Peachtree St. N.E.<br>Atlanta, GA 30309 |
| Maureen P. McAneny, Esq.<br>Jones Day<br>1420 Peachtree Street, N.E.<br>Atlanta, GA 30309 | Robert S. White, Esq.<br>Bourgeois White LLP<br>One West Boylston Street,<br>Suite 307<br>Worcester, MA 01605 | |

_____
John J. O'Connor