UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DAWN M. JENKINS,

          Plaintiff,

v.

AFNI, INC.; DIVERSIFIED
CONSULTANTS, INC.; EQUIFAX
INFORMATION SERVICES, LLC, AND
EXPERIAN INFORMATION SOLUTIONS,
INC.,

          Defendant.

CIVIL ACTION NO.  1:12-cv-10622-WGY

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DIVERSIFIED CONSULTANTS, INC.

The parties hereby stipulate to the dismissal of all claims as against the Defendant
Diversified Consultants, Inc. with prejudice, without costs, and with all rights of appeal waived.

Plaintiff,

Dawn M. Jenkins
33 Eastern Avenue, Unit 2
Lynn, MA  01902

DIVERSIFIED CONSULTANTS, INC.,
By their attorneys,

John J. O'Connor
BBO # 555251
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA  02210-2261
Tel. (617) 951-2100

EQUIFAX INFORMATION
SERVICES, LLC
By its attorneys


Brian J. Olson, Esq.
King & Spalding LLP
1180 Peachtree St. N.E.
Atlanta, GA  30309

AND

Jason B. Curtin, Esq.
Robinson & Cole
One Boston Place
Boston, MA  02108

EXPERIAN INFORMATION
SERVICES, LLC
By its attorneys


Maureen P. McAneny, Esq.
Jones Day
1420 Peachtree Street, N.E.
Atlanta, GA  30309

AND

Robert S. White, Esq.
Bourgeois White LLP
One West Boylston Street, Suite 307
Worcester, MA  01605

## CERTIFICATE OF SERVICE

I, John J. O'Connor, hereby certify that on the 30th day of August, 2013, I served the attached by causing a copy thereof to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and to be served by First Class Mail Postage Prepaid to the following counsel of record:

Dawn May Jenkins
33 Eastern Avenue, Unit 2
Lynn, MA  01902

Jason B. Curtin, Esq.
Robinson & Cole LLP
One Boston Place, 25th Floor
Boston, MA  02108-4404

Brian J. Olson, Esq.
King & Spalding LLP
1180 Peachtree St. N.E.
Atlanta, GA  30309

Maureen P. McAneny, Esq.
Jones Day
1420 Peachtree Street, N.E.
Atlanta, GA  30309

Robert S. White, Esq.
Bourgeois White LLP
One West Boylston Street,
Suite 307
Worcester, MA  01605

John J. O'Connor