# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:12-CV-10622-WGY |
| | ) |
| AFNI, INC.; DIVERSIFIED CONSULTANTS, INC.; EQUIFAX INFORMATION SERVICES LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Experian Information Solutions, Inc. in the above-captioned action.

Dated: November 6, 2013

Respectfully submitted,

/s/ Jonathon H. Roth

Jonathon H. Roth (BBO# 684601)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 449-6911
Facsimile:  (617) 449-6999
jhroth@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

-2-

## CERTIFICATE OF SERVICE

I, Jonathon H. Roth, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 6, 2013.

Dated: November 6, 2013              /s/ Jonathon H. Roth

Jonathon H. Roth (BBO# 684601)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 449-6911
Facsimile: (617) 449-6999
jhroth@jonesday.com