UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. JENKINS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AFNI, INC.; DIVERSIFIED )<br>CONSULTANTS, INC.; EQUIFAX )<br>INFORMATION SERVICES, LLC; and )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., )<br>)<br>Defendants. )<br>_____ ) | CASE NO. 1:12-CV-10622-WGY |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
EXPERIAN INFORMATION SOLUTIONS, INC.**

The parties hereby stipulate to the dismissal of all claims as against the Defendant Experian Information Solutions, Inc. with prejudice, without costs, and with all rights of appeal waived.

Plaintiff,

_/s/ Dawn M. Jenkins_
Dawn M. Jenkins
33 Eastern Avenue, Unit 2
Lynn, MA 01902

EXPERIAN INFORMATION
SOLUTIONS, INC.
By its attorney,

_/s/ Jonathon H. Roth_
Jonathon H. Roth (BBO# 684601)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 449-6911
Facsimile: (617) 449-6999
jhroth@jonesday.com

EQUIFAX INFORMATION SERVICES, LLC
By its attorneys,

_____
Brian J. Olson, Esq.
King & Spalding LLP
1180 Peachtree St. N.E.
Atlanta, GA 30309

AND

Jason B. Curtin, Esq.
Robinson & Cole
One Boston Place
Boston, MA 02108

**CERTIFICATE OF SERVICE**

I, Jonathon H. Roth, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on November 29, 2013.

Dated: November 29, 2013

/s/ Jonathon H. Roth
Jonathon H. Roth (BBO# 684601)
JONES DAY
100 High Street, 21st Floor
Boston, MA 02110
Telephone: (617) 449-6911
Facsimile: (617) 449-6999
jhroth@jonesday.com