UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. JENKINS,<br>Plaintiff,<br><br>v.<br><br><br><br>AFNI, INC.; DIVERSIFIED<br>CONSULTANTS, INC.; EQUIFAX<br>INFORMATION SERVICES, LLC; and<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>Defendants | CASE NO. 1:12-CV-10622-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC

The parties hereby stipulate to the dismissal of all claims as against the Defendant Equifax Information Services, LLC with prejudice, without costs, and with all rights of appeal waived.

Plaintiff,

_____
Dawn M Jenkins
33 Eastern Avenue, Unit 2
Lynn, MA 01902

EQUIFAX INFORMATION SERVICES, LLC

By its attorneys,

_____
Brian J. Olson, Esq.
King & Spalding LLP

1180 Peachtree St. N.E.
Atlanta, GA 30309

AND

Jason B. Curtin, Esq.
Robinson & Cole
One Boston Place
Boston, MA 0210833